**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

The State, Respondent,

v.

Freddy Ray Harris, III, Appellant.

Appellate Case No. 2023-001165

———

Appeal From Darlington County
Paul M. Burch, Circuit Court Judge

———

Unpublished Opinion No. 2025-UP-411
Submitted October 1, 2025 – Filed December 10, 2025

———

**APPEAL DISMISSED**

———

Senior Appellate Defender Lara Mary Caudy, of Columbia, and Freddy Ray Harris, III, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia, for Respondent.

———

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and THOMAS and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.